# PHILIP D. STERN & ASSOCIATES, LLC
### ATTORNEYS AT LAW

PHILIP D. STERN *NJ & DC Bars*                                697 VALLEY STREET, SUITE 2D
    pstern@philipstern.com                                    MAPLEWOOD, NJ 07040-2642
                                                              (973) 379-7500
                                                              www.philipstern.com

                                                              July 2, 2012

Honorable Patty Shwartz, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101-0999

   Re:   Natalie A. Williams, et al. vs. Pressler and Pressler, LLP
         Case 2:11-cv-07296-KSH-PS

Dear Judge Shwartz,

I enclose the remaining discovery disputes with respect to Defendant's responses to Plaintiff's Interrogatories and Requests for Production of Documents. Mr. Williamson and I met at his office on Friday afternoon, June 29, 2012 reviewing Defendant's responses and objections. Mr. Williamson emailed me Defendant's replies last evening.

The disputes concerning four subject matters:
1. the creation and procedures for use of the form letter which address, among other things, whether Defendant's conduct was intentional – a factor relevant to the quantum of statutory damages. [Interrogatories 10 and 11; Production Request 9.]
2. Defendant's net worth. [Interrogatories 12, 13 and 18; Production Requests 14 and 15.]
3. The number of collection complaints processed by Ralph Gulko, Esq. [Interrogatories 21, 22, 23 and 24.]
4. A copy of Defendant's file. [Production Requests 8 and 16.]

Respectfully,
*s/Philip D. Stern*
Philip D. Stern
enclosure
via fax (973) 645-6478 call first
cc:   Mitchell L. Williamson, Esq. via email mwilliamson@pressler-pressler.com