<u>**NOT FOR PUBLICATION**</u>

**United States District Court
for the District of New Jersey**

| | |
|---|---|
| NATALIE A. WILLIAMS, ALAN J. SETNESKA<br><br>                    Plaintiffs,<br><br>vs.<br><br>PRESSLER AND PRESSLER, LLP<br><br>                    Defendant. | Civil No.: 11-7296 (KSH)<br><br><u>**Order**</u> |

The matter having come before the Court on plaintiffs' motion for class certification [D.E. 31], and for the reasons expressed in the accompanying opinion,

IT IS ON this 27th day of September, 2013,

ORDERED that plaintiffs' motion for class certification(D.E.31) is granted.

<u>/s/ Katharine S. Hayden</u>

Katharine S. Hayden, U.S.D.J.