**NOT FOR PUBLICATION**

**United States District Court
for the District of New Jersey**

| | |
|---|---|
| NATALIE A. WILLIAMS, ALAN J. SETNESKA<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>PRESSLER AND PRESSLER, LLP<br><br>　　　　　　　　Defendant. | Civil No.: 11-7296 (KSH)<br><br>**Order** |

The matter having come before the Court on plaintiffs' motion for class certification [D.E. 31], and for the reasons expressed in the accompanying opinion,

IT IS ON this 27th day of September, 2013,

ORDERED that plaintiffs' motion for class certification(D.E.31) is granted.

　　　　　　　　　　　　　　　　　　/s/ Katharine S. Hayden

　　　　　　　　　　　　　　　　　　Katharine S. Hayden, U.S.D.J.